IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

    Petitioner,        No. CIV S-06-1048 DFL DMK P

  vs.

ALLEN K. SCRIBNER, Warden, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued by the Kings County Superior Court. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1        Good cause appearing, IT IS HEREBY ORDERED that:

2        1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4        2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6        United States District Court
          Eastern District of California
7        2500 Tulare Street
          Fresno, CA 93721

10 DATED: May 22, 2006.

12                                              **CRAIG M. KELLISON**
13                                              UNITED STATES MAGISTRATE JUDGE

/bb
14 brad 06cv1048.109